UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CURTIS LICHT,<br>Plaintiff,<br><br>vs.<br><br>LARRY ENKELMANN, LLC, et al.,<br>Defendants. | Case No.: 12-2764-CM-DJW |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

Plaintiff, CURTIS LICHT, by counsel, and Defendant, LARRY ENKELMANN, LLC by counsel, hereby stipulate that the above captioned action against LARRY ENKELMANN, LLC; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: March 05, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Mark D. Molner
Mark Molner, Esq(SBN 24493)
PRICE LAW GROUP, APC
2210 W. 75th Street
Prairie Village, KS 66208
Phone: (913)529-1474
Fax: (818)907-2012
mark@pricelawgroup.com
Attorney for Plaintiff
Curtis Licht

By: /s/ Scott Walterbach
Scott Walterbach, Esq. (SBN 60094)
LARRY ENKELMANN, LLC
3000 NE Brooktree Lane, Suite 100
Kansas City, MO 64119
(816) 436-7036 (Phone)
(816) 436-2574 (Fax)
scott@lenklaw.com
Attorney for Defendant
Larry Enkelmann, LLC

1