## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**CURTIS LICHT,**

                **Plaintiff,**

**v.**

                                            Civil No.   12-2764-CM

**LARRY ENKELMANN, LLC, et al.,**

                **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 12) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this **3rd day of June, 2013.**

                                                        s/ Carlos Murguia
                                                        **Carlos Murguia**
                                                        **U.S. District Judge**